Steven A. Alpert (NV 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Rd.
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorney for Plaintiff*
*Kristine Vargas*

# UNITED STATES DISTRICT COURT
# DISRTICT OF NEVADA

KRISTINE VARGAS

       Plaintiff,

vs.

USAA FEDERAL SAVINGS BANK

      Defendant.

**Case No.: 2:21-cv-00519-GMN-BNW**

**NOTICE OF SETTLEMENT**

    NOTICE IS HEREBY GIVEN that Plaintiff Kristine Vargas and Defendant USAA Federal Savings Bank ("USAA"), have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

    RESPECTFULLY SUBMITTED,

Dated: September 16, 2021

By: */s/Steven A. Alpert*
Steven A. Alpert (NV 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Rd.
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Kristine Vargas*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*