Steven A. Alpert (NV 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Rd.
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorney for Plaintiff*
*Kristine Vargas*

## UNITED STATES DISTRICT COURT
## DISRTICT OF NEVADA

| | |
|---|---|
| KRISTINE VARGAS<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA FEDERAL SAVINGS BANK<br><br>　　　　Defendant. | Case No.: 2:21-cv-00519-GMN-BNW<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Kristine Vargas and Defendant USAA Federal Savings Bank ("USAA"), have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

RESPECTFULLY SUBMITTED,

**Order**

IT IS ORDERED that ECF No. 36 is GRANTED. Dismissal documents are due by November 1, 2021. IT IS FURTHER ORDERED that ECF No. 14 is DENIED without prejudice.

**IT IS SO ORDERED**
**DATED:** 11:09 am, September 17, 2021

*/s/ Brenda Weksler*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 1 -

Dated: September 16, 2021

By: */s/Steven A. Alpert*
Steven A. Alpert (NV 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Rd.
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Kristine Vargas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*