Steven A. Alpert (NV 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Rd.
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorney for Plaintiff*
*Kristine Vargas*

**UNITED STATES DISTRICT COURT**
**DISRTICT OF NEVADA**

| | |
|---|---|
| KRISTINE VARGAS<br><br>     Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK<br><br>     Defendant. | Case No.: 2:21-cv-00519-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT USAA FEDERAL SAVINGS BANK** |

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff Kristine Vargas ("Plaintiff") and Defendant USAA Federal Savings Bank ("USAA"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

   RESPECTFULLY SUBMITTED,


   Dated: October 5, 2021

| | |
|---|---|
| By: /s/Steven A. Alpert<br>Steven A. Alpert (NV 8353)<br>PRICE LAW GROUP, APC<br>5940 S. Rainbow Rd.<br>Las Vegas, NV 89118<br>T: (866) 881-2133<br>F: (866) 401-1457<br>E: alpert@pricelawgroup.com<br>*Attorneys for Plaintiff,*<br>*Kristine Vargas* | By: /s/Priscilla L. O'Briant<br>Robert W. Freeman (NV 3062)<br>Priscilla L. O'Briant (NV 10171)<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>T: (702) 893-3383<br>F: (702) 893-3789<br>E: Robert.freeman@lewisbrisbois.com;<br>priscilla.obriant@lewisbrisbois.com<br>*Attorneys for Defendant*<br>*USAA Federal Savings Bank* |

**IT IS SO ORDERED.** The Clerk of Court shall close the case accordingly.

Dated this __5__ day of October, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/Jacey Gutierrez